UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
(MARSHALL DIVISION)

| | |
|---|---|
| KENT COMPANIES, INC.,<br>　　Plaintiff,<br><br>v.<br><br>ARK-LA-TEX HELICAL<br>DISTRIBUTORS, LLC and<br>MARK BICE, INDIVIDUALLY,<br>　　Defendants. | Cause No. 2:18-cv-00262–JRG–RSP |

## JOINT MOTION FOR ENTRY OF AGREED JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's September 30, 2018 Docket Control Order (Doc. 13), the Parties mediated this case on January 16, 2019. As set forth in the Mediator's Report (Doc. 25), as a result of the mediation, the Parties entered into a settlement agreement (the "Settlement Agreement") regarding the above-captioned and numbered case. Pursuant to the Settlement Agreement, the Parties executed an Agreed Judgment, which is attached hereto as Exhibit "A."

The Parties, therefore, respectfully request that this Court sign and enter the Agreed Judgment attached hereto as Exhibit "A."

The Parties stipulate that each will bear its own attorney's fees and costs incurred in connection with this matter and all rights of appeal are waived.

DATED: February 1, 2019.

Respectfully submitted,

By: /s/ Misty H. Gutierrez
**FRED D. WILSHUSEN**
State Bar No. 21665590
*fwilshusen@tfandw.com*
**MISTY H. GUTIERREZ**
State Bar No. 24053616
*mgutierrez@tfandw.com*
**CHARLES W. ALDRETE**
State Bar No. 24095733
*waldrete@tfandw.com*

**THOMAS, FELDMAN & WILSHUSEN, LLP**
Merit Tower
12222 Merit Dr., Suite 1450
Dallas, TX 75251-3297
Telephone: 214-369-3008
Facsimile: 214-369-8393

*Attorneys for Plaintiff Kent Companies, Inc.*

–AND–

By: /s/ Michael T. Runyan (with permission from MHG)
Michael T. Runyan
*michael@runyanlaw.com*
State Bar No. 24033143
**RUNYAN LAW FIRM, P.C.**
305 W. Rusk St.
Marshall, Texas 75670
Telephone: (903) 935–7700
Facsimile: (903) 935–7702

*Attorney for Defendants Ark-La-Tex Helical Distributors, LLC and Mark Bice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was provided to the following counsel of record via electronic ECF filing on this the 1st day of February 2019:

Kurt Truelove
Truelove Law Firm
P.O. Box 1409
100 West Houston
Marshall, TX 75671-1409

Michael T. Runyan
RUNYAN LAW FIRM, PC
305 West Rusk St.
Marshall, TX 75670

*Attorneys for Ark-La-Tex Helical Distributors, LLC and Mark Bice*

/s/ *Misty H. Gutierrez*
Misty H. Gutierrez