# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KENT COMPANIES, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 2:18-CV-00262-JRG-RSP |
| § | |
| ARK-LA-TEX HELICAL § | |
| DISTRIBUTORS, LLC AND MARK § | |
| BICE, INDIVIDUALLY, § | |
| § | |

## JUDGMENT

Pursuant to a Joint Motion for Entry of Agreed Judgment (the "Motion") (Dkt. No. 27) and a settlement agreement between Kent Companies, Inc. ("Kent"), Ark-La-Tex Helical Distributors, LLC ("Ark-La-Tex"), and Mark Bice ("Bice") (collectively the "Parties"), the Parties have stipulated to this Agreed Judgment. The Court, having considered the Motion and the pleadings in this case, finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Kent recover from Ark-La-Tex and Bice, jointly and severally, the sum of $44,000.00. It is further **ORDERED** that the Parties shall bear their own attorney's fees and costs incurred in the above-numbered and styled case. All writs and processes for the enforcement and collection of this Judgment may issue as necessary. All other relief not expressly granted in this Agreed Judgment is expressly **DENIED**.

**So ORDERED and SIGNED this 7th day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE